From: copyinfo@loc.gov
To: pattyhighinkz@hotmail.com
CC: copyinfo@loc.gov
Date: Fri, 8 Nov 2013 16:34:30 -0500
Subject: VA0001880112

Hello,

This is to confirm that case number 1-1016615801 has been registered and completed under the registration number VA0001880112.

**P.M.K**
U.S. Copyright Office
   Attn: Public Information Office-LM401
101 Independence Avenue, S.E.
Washington, DC  20559-6000
Email: copyinfo@loc.gov
Phone: 877-476-0778 (toll free) or 202-707-5959
Fax: 202-252-2041
Website:  www.copyright.gov

**To help us serve you better, please participate in an anonymous customer service survey at https://www.surveymonkey.com/s/PIO.**



PLAINTIFF'S
EXHIBIT
1 (a)





PLAINTIFF'S
EXHIBIT
1 (b)





PLAINTIFF'S
EXHIBIT
1 (c)
tabbies