

Close Encounters of The CULT Kind [United Faith Church] - YouTube
www.youtube.com/watch?v=5RlQ4HljCPE
Sep 4, 2013 - Uploaded by Exit Churchianity
Cult Checklist http://www.csj.org/infoserv_cult101/checklis.htm
Horror Stories about UFC and Janeth Santiago ...



PLAINTIFF'S EXHIBIT 2