


PLAINTIFF'S EXHIBIT 3