




## When A "Church" Is A CULT [United Faith Church]

By FreedomForUFC — 30 views

+ Follow  0     Like 0   Tweet 0

About  Comments  Videos  Export  Add to  Search

### Search result for united faith church


 
 
  


PLAINTIFF'S EXHIBIT 4




New Christian Science Church Looks Like A Giant Penis
By OneMinuteNews
602 views


Australian Wildfire: First-Person Firefighter Footage
By videobash
Editor's Picks


Californication church scene
By Alexander Demidov
10,432 views


Eric Church – The Outsiders
By VEVO
370 views


Eric Church - Lightning
By Eric Church
3,395 views


anyone killed by the United States, even if it is a dog, is a
By OptimisticPakistani
4,341 views


Faith Hill - This Kiss
By denis Denis Corbett
51,095 views


Eve, Faith Evans - Love Is Blind
By Silvia
39,960 views


girl gers jumped outside church
By crazyvideos123
33,801 views

Michelle Pfeiffer Admits She