



**Study the Bible Online** — ChristianEducation.com
FREE Information on Online Programs In Bible Study, Chaplaincy, Christian Ministry & More!
CLICK HERE

close encounters | Browse Videos | Devotionals | Newsletters

LOG IN
New here? Sign Up
Log in using [f]

Christian Videos | Music Videos | Artist Directory | Ministry Videos | Movies | Inspirational Videos | Comedy Videos | Cute Videos | Sermons | Español

# We found 16 results for your search "close encounters"

Sort by Relevance | Most Recent | View Count | Rating

Media Results (16)    Devotional Results (0)


**Todd Bentley: Messenger of God? part 1**
Todd Bentley has been a leader in the "Lakeland Revival" currently being heralded as a great move of God. Analysis of Bentley and what he preaches show that he is not what he claims.
06:28
The analysis this video provides is in ...
hazelallen | 3 years ago | 5,039 views


**2006 SAICFF Trailer Finalist - Close Encounters**
This is my submission to the 2006 San Antonio Independent Christian Film Festival's trailer competition, "Close Encounters of the Epistemologically Self-Conscious Kind." It was selected as one of the top four finalists.
01:45
lawrencemultimedia | 5 years ago | 4,600 views


**Todd Bentley: Messenger of God? part 2**
Todd Bentley has been a leader in the "Lakeland Revival" currently being heralded as a great move of God. Analysis of Bentley and what he preaches show that he is not what he claims.
08:38
The analysis this video provides is in ...
hazelallen | 3 years ago | 4,416 views


**Tell Them! (original)**
A song about the nearness of the Lord's return. Inspired by Evangelist Jesse Duplantis' video, "Close Encounters Of The God Kind."
05:13
gregcollier | 5 years ago | 2,394 views


**Astroid Close-Encounter Due Nov 8, 2011**
Asteroid 2005 YU55, a round mini-world that is about 1,300 feet in diameter will approach Earth within a scant 0.85 lunar distances. The near-Earth asteroid is on the list of potentially dangerous asteroids & was observed with the Arecibo Telescop...
02:50
getalifemusic | 2 years ago | 2,372 views


**Close Encounters - February2008**
WINmakati Center launches its February 2008 series - on Close Encounters! But we're not talking about E.T. here; we're talking aboout me and you! HUH? Find out more by emailing us at winmakaticenter@gmail.com!
01:02
cyanfox | 5 years ago | 2,009 views


**Close Encounter of the Squirrel Kind!**
On October 4th, 2008. Mr. Brown and his father took an Honor Air Flight to Washington
03:16
, D.C. to honor his Dad and other vets that went!! While they were taking a break from all of the walking and looking at the Korean War Memorial, Mr. Brown saw a ...
braveheart56 | 3 years ago | 1,299 views

**Wesleyan TV Season 2 Episode 20**
Episode #20 Pastor Jason S. Lockard of Doran Wesleyan Church [VA] preaching ... weeks message Saul of Tarsus (Acts 9:1-9) from the series Close Encounters of ... od Kind!
wesleyantv | 2 years ago | 34 views



PLAINTIFF'S EXHIBIT 5 (a)

### Get videos first

☑ **GodTube Must-See Video**
Don't miss videos like Funny Church Signs, Tim Hawkins, Praying Dogs, Miraculous Healing, Hilarious Baptisms, Amazing Child Singers and MORE!

☐ **GodTube Today**
Let us help you with your walk with God! Sign up for GODTUBE TODAY to get a daily scripture, video and devotional!

More Newsletters »

Email address | SUBSCRIBE

To receive email newsletters, updates, and special offers from GodTube, select your newsletter(s), enter your email address, and click "Subscribe."
Privacy Policy / Terms of Use

### FEATURED MINISTRY VIDEO


**INSIGHT FOR LIVING.**
Chuck Swindoll


**BREATH OF LIFE**
Dr. Carlton P. Byrd

MORE MINISTRIES




**"Journey of a Caregiver"**
Everyday we wake up, the thought crosses our mind. "What are we going to do today?" or "Ugh there is a hundred and one things I have to get done." So we gather ourselves up and as soon as our feet hit the ground, it's off to the races. But what if...
journeyofacaregiver | 7 months ago | 26 views


**Doran Wesleyan TV Season 2 Episode 18**
DTV Episode #18 Pastor Jason S. Lockard of Doran Wesleyan Church [VA.] singing "Come now is the time to Worship" Than preaching this weeks message The God of Fire (1 Kings 18:27-39) from the series Close Encounters of the God Kind!
doranwesleyantv | 2 years ago | 6 views


**Close Encounters Of The CULT Kind [United Faith Church]**
If your church was a cult, would you recognize the signs? Click the following link to find out csj.org/infoserv_cult101/checklis.htm Click on the following Facebook link to read the testimonies of ex-members of United Faith Church, a cult group o...
freedomforufc | 13 days ago | 3 views


**Doran Wesleyan TV Season 2 Episode 19**
DTV Episode #19 Pastor Jason S. Lockard of Doran Wesleyan Church [VA.] singing "When the Walls Come Down" Than preaching this weeks message The Walls (Joshua 6:10-20) from the series Close Encounters of the God Kind!
doranwesleyantv | 2 years ago | 3 views


**Doran Wesleyan TV Season 2 Episode 12**
DTV Episode #12 Pastor Jason S. Lockard of Doran Wesleyan Church [VA.] preaching! This weeks message is Naaman (2 Kings 5) from the series Close Encounters of the God Kind!
doranwesleyantv | 2 years ago | 1 views


**Doran Wesleyan TV Season 2 Episode 17**
DTV Episode #17 Pastor Jason S. Lockard of Doran Wesleyan Church [VA.] preaching! This weeks message is Daniel (Daniel 6:14-23) from the series Close Encounters of the God Kind!
doranwesleyantv | 2 years ago | 1 views


**Keeping Our Eyes On Him**
I gave a speech/preach in South Wales. What does it mean to see God face to face? Can we have this close encounter in our lives? Why do we desire it and how can we keep it?
mannieshow | about a year ago | 1 views


**toakopaka**
I like to read, a lot. My reading interests are Shakespeare, fiction, science fiction (there is a difference between fiction and science fiction, mainly H.G. Wells), fantasy fiction (because fantasy is fiction), animal fiction/fantasies, and a sel...
by toakopaka | 3 years ago | 1,766 views


Find us on Facebook
GodTube!
1,226,768 people like GodTube!
Facebook social plugin


VISIT ISRAEL
YOU'LL NEVER BE THE SAME
WWW.HOLYLAND-PILGRIMAGE.ORG

**LIVING ON THE EDGE WITH CHIP INGRAM** — helping Christians live like Christians
Listen now at oneplace.com

**VIDEO**
Most Popular
Music Videos
Ministry Videos
Movies
Inspirational Videos
Comedy Videos
Cute Videos
Esp...
Edu...
Kids
Ser...
Boo...
Fam...

**RESOURCES**
Christian Groups
Christian Ministries
Christian Music Bands & Artists
Join Christian Community Online
Post a Prayer Request
Read Online Bible

**ABOUT US**
Godtube FAQ
About Us
Advertise With Us
Contact Us
Privacy Policy
Terms of Use
Help

**ABOUT GODTUBE.COM**
Godtube.com is a video sharing platform offering online Christian videos with faith-based, family friendly content. Popular video sections on Godtube include: Christian bands and singers in Christian music videos, Christian comedians and comedy skits, spoofs and parodies in funny videos, cute videos featuring kids and animals, sports videos, Christian news videos and inspirational videos. Be inspired in your walk with Jesus Christ and grow in your knowledge of the Bible with videos highlighting inspirational messages and verses.


PLAINTIFF'S EXHIBIT
5(b)