**Evelyn FreeIndeed Hawkins**
Janeth, sometimes attempting to have a video taken down has the opposite effect. . . it spreads like wildfire.
Share · October 24 at 12:19pm

6 people like this.    Seen by 81

View 5 more comments

 **Evelyn FreeIndeed Hawkins** It's also posted here

https://myspace.com/.../109455334


**Myspace**
myspace.com
Discover, share and connect with culture, creativity, sound, images and people.

October 24 at 4:31pm

 **Evelyn FreeIndeed Hawkins** I have the video on my hard drive, so it can spring up anywhere online.
October 24 at 4:35pm · 1

---

 https://myspace.com/.../109455334


**Myspace**
myspace.com
Discover, share and connect with culture, creativity, sound, images and people.

October 24 at 4:33pm

 **Evelyn FreeIndeed Hawkins** I have the video on my hard drive, so it can spring up anywhere online.
October 24 at 4:34pm · 1

 **Evelyn FreeIndeed Hawkins**
So, I just went to Youtube to watch a video about giraffes with my children, and saw the following notice:

"ATTENTION

We have received copyright complaint(s) regarding material you posted, as follows: from Patricia High about Close Encounters of The CULT Kind [United Faith Church] - Exit Churchianity Video ID: 5RlQ4HIjCPE...
See More

PLAINTIFF'S EXHIBIT 7