Subject: Re: [2-2171000001938] New Copyright Counter-Notification
From: copyright@youtube.com
To: pattyhighinkz@hotmail.com
Date: Fri, 25 Oct 2013 16:03:15 -0700



We received the attached counter-notification in response to a complaint you filed with us. We're providing you with the counter-notification and await your notice (in not more than 10 business days) that you've filed an action seeking a court order to restrain the counter notifier's allegedly infringing activity. Such notice should be submitted by replying to this email. If we don't receive notice from you, we may reinstate the material to YouTube.
If you have any questions, please contact copyright@youtube.com.
Counter-Notification as follows: Videos included in counter-notification:
http://www.youtube.com/watch?v=5RIQ4HIjCPE Display name of uploader: Exit Churchianity I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled. I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant. Evelyn Marie Hawkins 1314 23rd Street Newport News, Virginia 23607 exitchurchianity@gmail.com 757-528-7669

Help center • Email options • Report spam

©2013 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066



PLAINTIFF'S EXHIBIT 8