From: "Phil - WordPress.com" <dmca@automattic.com>
Date: November 8, 2013, 5:56:44 PM EST
To: pattyhighinkz@hotmail.com
Subject: [DMCA #1676651]: Request to Remove Video Infringing Copyright
Reply-To: dmca@automattic.com

Auttomatic's DMCA Agent,
* An electronic signature of the copyright owner or a person authorized to act on their behalf;
By my name written below I electronically sign as a person authorized to act on behalf of the owner of the copyright.Patricia High* An identification of the copyrighted work claimed to have been infringed;
Two copyrighted pictures of a pair of people were used in a video posted on Wordpress; one picture is posted from time marker 1:54 - 3:53 and the second picture is posted from 3:53 - 6:47.  The original pictures are attached for reference.* A description of the nature and exact location of the content that you claim to infringe your copyright, in sufficient detail to permit Automattic to find and positively identify that content; for example we require a link to the specific blog post (not just the name of the blog) that contains the content and a description of which specific portion of the blog post – an image, a link, the text, etc – your complaint refers to;
The infringing content is in a video titled "Close Encounters of the CULT Kind [Us-Versus-Them Mentatlity]" by Exit Churchianity that can be found at: http://exitchurchianity.com/2013/10/25/close-encounters-of-the-cult-kind-us-versus-them/.* Your name, address, telephone number and email address; and
Patricia High; 101 Castaway Rd, Manahawkin, NJ 08050; 410-241-7299; pattyhighinkz@hotmail.com* A statement by you: (a) that you believe in good faith that the use of the content that you claim to infringe your copyright is not authorized by law, or by the copyright owner or such owner's agent; and (b) under penalty of perjury, that all of the information contained in your Infringement Notice is accurate, and that you are either the copyright owner or a person authorized to act on their behalf.
I, Patricia High, believe in good faith that the use of the content that I claim infringes my copyright is not authorized by law, or by the copyright owner or such owner's agent.
I, Patricia High, under penalty of perjury, state that all of the information contained in my Infringement Notice is accurate, and that I am a person authorized to act on behalf of the copyright owner.

Your DMCA Takedown Notice has been received and reviewed for completeness.

In accordance with the requirements set forth by the DMCA, we have disabled access to the material identified as infringing. We have forwarded the notice's details and will provide them an opportunity to formally challenge this removal. If the publisher decides to submit a counter-notice you will be notified immediately.

Thank you.
Phil
Community Guardian
WordPress.com | Automattic Inc.

Hi,

We have received a formal DMCA Counter-Notification regarding the material removed in response to a DMCA Takedown Notice submitted by you on 30 October. The complete Counter-Notification is pasted below. You now have a period of 10 business days to initiate legal action against the individual responsible for the material's publication and submission of this Counter-Notification. Should you choose to pursue the matter legally, you will need to respond to this email immediately and provide us with all relevant and legal documentation evidencing such action. If no further action is taken, we will be required to restore access to the material at the end of the 10 business-day period.

Thank you very much.


PLAINTIFF'S EXHIBIT 9(a)

--BEGIN COUNTER-NOTIFICATION
Email Address: exitchurchianity@gmail.com
Identification of the material that has been removed or to which access has been disabled and the location at which the material appeared on your WordPress.com blog before it was removed or access to it was disabled (one per line): Close Encounters of the CULT Kind [Us-Versus-Them Mentality]

http://exitchurchianity.com/2013/10/25/close-encounters-of-the-cult-kind-us-versus-them/
DMCA Takedown Notice Ticket ID (found in the subject line of the notification email): 1683910
First Name: Evelyn
Last Name: Hawkins
Physical Address Line 1: 1314 23 Street
Physical Address Line 2:
City: Newport News
State/Region/Province: VA
Zip/Postal Code: 23607
Country: United States of America
Telephone Number: 757-528-7669
I declare under penalty of perjury that I have a good faith belief that the material was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled.: Yes
I consent to the jurisdiction of Federal District Court for the judicial district in which my address is located, or if my address is outside of the United States, for any judicial district in which Automattic may be found.: Yes
I will accept service of process from the person who provided notification under subsection (c)(1)(C) or an agent of such person.: Yes
I understand that a copy of this counter-notice, including my contact information (address, telephone number, and email address) will be forwarded to the person who provided the Infringement Notice.: Yes
Signed on this date of (today's date, MM/DD/YYYY): 11/07/2013
Signature (your digital signature is legally binding): Evelyn Marie Hawkins
--END COUNTER-NOTIFICATION

Phil

Community Guardian

WordPress.com | Automattic Inc.



PLAINTIFF'S EXHIBIT 9(b)