**PILOT DRAKE & RICHARDSON**
ATTORNEYS AT LAW

TRADEMARK, PATENT & COPYRIGHT MATTERS
CONTRACTS
ENTERTAINMENT LAW & RELATED MATTERS
COMPLEX LITIGATION
WHITE COLLAR CRIME
LICENSING AND PROSECUTION
INTERNET LAW
GOVERNMENT CONTRACTING ISSUES
GOVERNMENT AFFAIRS
BUSINESS FORMATIONS & TRANSACTIONS
REAL ESTATE LAW
HEALTH CARE PRACTICE MATTERS
DOMESTIC RELATIONS

November 8, 2013

DailyMotion
notifications@dailymotion.com

RE: Patricia High v. Evelyn Marie Hawkins

Dear Copyright Enforcement Professional,

Your office received a copyright infringement notification pursuant to the Digital Millenium Copyright Act (DMCA) from Ms. Patricia High on October 24, 2013. This notification was regarding certain copyrighted pictures owned by Ms. High being used by Ms. Hawkins without Ms. High's permission, knowledge or consent. In violation of the DMCA, you failed to remove Ms. Hawkins' infringing content.

This letter is to advise you that our office has been retained by Ms. High to handle matters related to Ms. Hawkins' copyright infringement. Accordingly, this correspondence serves as a formal request that you comply with the provisions of the DMCA. Specifically, in order for you to avoid or limit liability for contributory copyright infringement, upon receiving notification of claimed infringement, you must respond expeditiously to remove, or disable access to, the material that is being claimed to be infringing.

We intend to file a lawsuit in the United States District Court for the Eastern District of Virginia against Ms. Hawkins for copyright infringement. We respectfully request that DailyMotion immediately remove the infringing content at least until this matter has been resolved in the Federal Courts. Please feel free to contact me if you have any question on (703) 299-9500 or toddpilot@aol.com.

Sincerely,

Todd A. Pilot, Esquire

PLAINTIFF'S EXHIBIT 10