**From:** Stacie Marshall [mailto:stacie.marshall@salemwebnetwork.com]
**Sent:** Friday, November 08, 2013 11:07 PM
**To:** toddpilot@aol.com; Bill Long
**Cc:** removals@godtube.com; Patty High
**Subject:** Re: DMCA Notification to Remove Video Containing Infringing Copyrighted Material

Dear Mr. Pilot,

The video in question, Close Encounters of the CULT Kind [United Faith Church] - Education Videos" by freedomforufc that could previously be found at: http://www.godtube.com/watch/?v=WY7DKLNX, was removed on October 25.

I'm attaching a screen shot detailing the message one would get if one currently tries to access this video. I'm also attaching a copy of the email I sent to your client, Patricia High on October 25, 2013 explaining that we had removed the video from the site after we received notification of copyright infringement.

You should know that Ms. Hawkins has filed a counter claim with us asking that the video be reinstated on our site, claiming that she has rights to publish this video. We have advised her that we are unable to do so and directed her to get rights to the photographs from their owner if she wishes the video to be reactivated.

Please let me know if you need any further information from me, otherwise I will consider this matter resolved.

Sincerely,


Stacie Marshall




Stacie Marshall, Brand Manager
Phone: 804.205.9684 | Fax: 804.205.9648
111 Virginia Street, Suite 500, Richmond, VA 23219



PLAINTIFF'S EXHIBIT 11

## VERIFICATION

Commonwealth of Virginia |
|
City of Alexandria |

I, __Patricia High__, under penalty of perjury, state that I have read and am familiar with the contents of the forgoing Complaint, and that to the best of my knowledge, information and belief the allegations contained therein are true and correct.

Executed this __14th__ day of November, 2013.

_____
Signature

Page 11