```
Court Name: U S District Court
Division: 4
Receipt Number: 44683005029
Cashier ID: jmeyers
Transaction Date: 11/19/2013
Payer Name: TODD A. PILOT, ESQ.

CIVIL FILING FEE
 For: TODD A. PILOT, ESQ.
 Case/Party: D-VAE-4-13-CV-000152-001
 Amount:      $400.00

CHECK
 Check/Money Order Num: 3935
 Amt Tendered: $400.00

Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

HIGH V. HAWKINS

4:13CV152
```