UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK/NEWPORT NEWS DIVISION



FILED
FEB - 4 2014
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

HIGH, PATRICIA,

    Plaintiff,

VS                               CIVIL ACTION: <u>4:13 CV152</u>

HAWKINS, EVELYN MARIE

    Defendant.

### AMENDED ANSWER TO COMPLAINT

COMES NOW THE RESPONDENT EVELYN MARIE HAWKINS in answering the allegations of the Complaint on file herein, affirms, denies and alleges as follows:

1. Answering the allegations of Paragraph 1-37 of the Complaint herein, Defendant affirms only facts stated in Paragraphs 3 and 4. Defendant denies all other allegations stated herein.

2. Answering Count 1 – Copyright Infringement of the Complaint herein, Defendant denies all allegations.

3. Answering Count 2 – Digitial Milennium Copyright Act Claim herein, Defendant denies all allegations.

4. The Defendant now brings forth the following Affirmative Defenses:

### DEFENSE 1 – Lack of Jurisdiction

5. Defendant answering the Complaint herein, alleges that all allegations and counts brought forth therein fails to state a claim for which relief can be granted. Plaintiff's

alleged copyrighted works were not properly registered. Therefore, this Court lacks jurisdiction to hear this matter.

### DEFENSE 2 – Fair Use

6. Defendant answering the Complaint herein, alleges that all allegations and counts brought forth therein fails to state a claim for which relief can be granted. 17 U.S.C. § 107 clearly states *"the fair use of a copyrighted work...for purposes such as criticism, comment, news reporting, teaching (including multiple copies for classroom use), scholarship, or research, **is not an infringement of copyright**"*. Therefore, the Plaintiff has no claim.

**WHEREFORE**, Defendant prays that the Plaintiff take nothing and the Defendant have judgment against the Plaintiff and recover the costs of suit herein, and such other relief the court may deem proper.

Respectfully submitted by Evelyn Marie Hawkins on this 4th, day of February 2014.

_____
Evelyn Marie Hawkins (Respondent Pro Se)
exitchurchianity@gmail.com
1314 23rd Street
Newport News, Virginia 23607
(757) 528-7669

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Answer to Complaint was mailed this 4th day of February 2014, to Todd A. Pilot, Esq. at Pilot Drake & Richardson 526 King Street, Suite 207 Alexandria VA 22314.

*[signature]*
Evelyn Marie Hawkins (Respondent Pro Se)
exitchurchianity@gmail.com
1314 23rd Street
Newport News, Virginia 23607
(757) 528-7669