**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| High, Patricia | ) |
| | ) |
|          Plaintiff, | ) |
| | ) |
|       v. | ) Case No. 4:13-cv-152 |
| | ) |
| Hawkins, Evelyn M. | ) |
| | ) |
|          Defendants. | ) |
| | ) |

## MOTION TO ENLARGE TIME FOR DISCOVERY

COMES NOW, the Plaintiff, Patricia High, by undersigned counsel, and moves the court enlarge the time for discovery. As grounds therefore, the Plaintiff states as follows:

1. The defendant, Evelyn Hawkins, has decided not to hire counsel and is representing herself in this copyright infringement matter.

2. Plaintiff's counsel has called and emailed the defendant countless times to set up times for her deposition, discuss other discovery matters, get her responses to discovery and discuss resolving this matter.

3. The defendant does not answer the phone, does not return Plaintiff's counsel's telephone calls and does not respond to Plaintiff's counsel's emails.

4. It has been virtually impossible to work out anything with the defendant including deposition dates.

5. After not getting a response from the defendant regarding deposition dates, the Plaintiff noticed the defendant's deposition. The defendant did not appear and did not inform counsel that she was not going to appear.

WHEREFORE, the Plaintiff prays that the court enlarge the time for discovery and require that Ms. Hawkins appear for a deposition on August 15, 2014 at 1:00 pm and respond to discovery previously served.

Respectfully Submitted,

Patricia High
By:

/S/                                             July 14, 2014

Todd A. Pilot, Esquire                          Date
toddpilot@aol.com
VSB No.: 37849
PO Box 320578
Alexandria VA 22320
(703) 299-9500
(703) 684-6200 Facsimile

Certificate of Service

I hereby certify that on this 14th day of July, 2014, I will electronically file the foregoing Disclosure with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

And I hereby certify that I will mail this document by U.S. mail to the following non-filing users:

Evelyn Marie Hawkins
1314 23rd Street
Newport News, VA 23607

/S/

Todd A. Pilot, Esquire