
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| High, Patricia </br></br>　　　　Plaintiff, </br></br>　　v. </br></br> Hawkins, Evelyn M. </br></br>　　　　Defendants. | Case No. 4:13-cv-152 |

**Plaintiff's 26(a)(3) Disclosures**

COMES NOW, the Plaintiff, Patricia High, by undersigned counsel, and pursuant to Rule 26(a)(3) makes the following disclosures.

(i) the name address and telephone number of each witness the Plaintiff may call are listed below:

    Patricia High
    101 Castaway Rd
    Manahawkin NJ 08050

    Evelyn Hawkins
    1314 23rd Street
    Newport News, VA 23607

(ii) those witnesses whose testimony the party expects to present by deposition and, or by transcript:

    None.

(iii) each document or other exhibit, including summaries of other evidence—separately identifying those items the Plaintiff expects to offer and those it may offer if the need arises:

    a.  Copyright Registration No. VA0001880112

    b. Plaintiff's copyrighted work.

    c. Youtube printout showing Defendant's use of Plaintiff's copyrighted work.

    d. Wordpress printout showing Defendant's use of Plaintiff's copyrighted work.

    e. Dailymotion printout showing Defendant's use of Plaintiff's copyrighted work.

    f. Godtube printout showing Defendant's use of Plaintiff's copyrighted work.

    g. Vimeo printout showing Defendant's use of Plaintiff's copyrighted work.

    h. Myspace printout showing Defendant's use of Plaintiff's copyrighted work.

    i. Correspondence with Youtube in reference to Evelyn Hawkins's counter-notification.

    j. Correspondence with Wordpress in reference to Evelyn Hawkins's counter-notification.

    k. Correspondence with Godtube in reference to Evelyn Hawkins's counter-notification.

    l. Correspondence with Dailymotion in reference to Evelyn Hawkins's counter-notification.

Respectfully Submitted,

Patricia High
By:

    /S/                        August 6, 2014

---

Todd A. Pilot, Esquire          Date
toddpilot@aol.com
VSB No.: 37849
PO Box 320578
Alexandria VA 22320
(703) 299-9500
(703) 684-6200 Facsimile

## Certificate of Service

I hereby certify that on this 6th day of August, 2014, I will electronically file the foregoing Disclosure with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Todd A. Pilot, Esq.

And I hereby certify that I will mail this document by U.S. mail to the following non-filing users:

    Evelyn Marie Hawkins
    1314 23rd Street
    Newport News, VA 23607

And email the document to:

    exitchurchianity@gmail.com

                                              /S/

                                    Todd A. Pilot, Esquire