UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK/NEWPORT NEWS DIVISION

FILED
AUG 1 2 2014
CLERK, US DISTRICT COURT
NEWPORT NEWS, VA

High, Patricia,

    Plaintiff,

v.                                    Case No. 4:13-cv-152

Hawkins, Evelyn Marie

    Defendant.

### RESPONSES TO REQUESTS FOR ADMISSIONS

COMES NOW the Defendant, Evelyn Marie Hawkins in responding to the Plaintiff's Requests for Admissions as follows:

REQUEST NUMBER 1

Admit.

REQUEST NUMBER 2

Admit.

REQUEST NUMBER 3

Admit.

REQUEST NUMBER 4

Admit.

REQUEST NUMBER 5

Admit.

REQUEST NUMBER 6

Admit.

REQUEST NUMBER 7

Admit.

REQUEST NUMBER 8

Admit.

REQUEST NUMBER 9

Admit.

REQUEST NUMBER 10

Admit.

REQUEST NUMBER 11

Admit.

REQUEST NUMBER 12

Admit.

REQUEST NUMBER 13

Admit.

REQUEST NUMBER 14

Admit.

REQUEST NUMBER 15

Admit.

Respectfully submitted by Evelyn Marie Hawkins on this 12th, day of August 2014.

_____
Evelyn Marie Hawkins (Respondent Pro Se)
exitchurchianity@gmail.com
1314 23rd Street
Newport News, VA 23607
(757) 528-7669

## Certificate of Service

The undersigned hereby certifies that a true copy of the foregoing Responses To Requests for Admissions was mailed this 12th Day of August, 2014 to Todd Pilot, Esq. at:

Pilot Drake & Richardson
The Trademark Institute
PO Box 320578
Alexandria VA 22320

_[signature]_