IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK/NEWPORT NEWS DIVISION

| | |
|---|---|
| High, Patricia | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:13-cv-152 |
| | ) |
| Hawkins, Evelyn M. | ) |
| | ) |
| Defendant. | ) |

**MOTION TO EXCLUDE INFORMATION**
**REQUIRED BY RULE 26(a)(3) NOT DISCLOSED**

COMES NOW, the Plaintiff, Patricia High, by undersigned counsel, and moves the Court to Compel the Defendant to produce and serve her 26(a)(3) disclosures. As grounds therefore, the Plaintiff states as follows:

1. The Rule 16(b) Scheduling Order required that all pretrial disclosures required by Rule 26(a)(3) be delivered to counsel and parties on or before August 6, 2014.

2. To date, the Defendant has not made any pretrial disclosures.

WHEREFORE, pursuant to paragraph 6 of the Scheduling Order, the Plaintiff requests that all information required by Rule 26(a)(3) not timely disclosed by the Defendant be excluded.

Respectfully Submitted,

Patricia High
By:

|  |  |
|---|---|
| /S/ | August 13, 2014 |
| Todd A. Pilot, Esquire | Date |

toddpilot@aol.com
VSB No.: 37849
PO Box 320578
Alexandria VA 22320
(703) 299-9500 Office
(703) 684-6200 Facsimile

Certificate of Service

I hereby certify that on this 13th day of August, 2014, I will electronically file the foregoing Disclosure with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

And I hereby certify that I will mail this document by U.S. mail to the following non-filing users:

    Evelyn Marie Hawkins
    1314 23rd Street
    Newport News, VA 23607

And email this document to:

    exitchurchianity@gmail.com

/S/

Todd A. Pilot, Esquire