UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

PATRICIA HIGH,  :
       Plaintiff,  :
v.  : CIVIL ACTION NO. 4:13cv152
EVELYLN MARIE HAWKINS,  :
       Pro sé Defendant.  :

## ORDER

The Court has been advised that this matter has been settled. Accordingly, the parties are DIRECTED to submit a fully endorsed agreed Dismissal Order within 30 days from the date of this Order. If the Court has not received a fully endorsed order within 30 days, the Court will enter an order dismissing the matter agreed, with prejudice, each party to bear their own costs.

The Clerk is DIRECTED to mail a copy of this Order to the pro sé Defendant.

IT IS SO ORDERED.

/s/ Douglas E. Miller
United States Magistrate Judge

DOUGLAS E. MILLER
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia

August 21, 2014